| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Emilia Acosta | 1/27/1961 | NJ | District of New Jersey | No | Veolia Water New Jersey Hackensack (NJ0238001) | No | Kidney Cancer | 1-9 |
| 2 | Maria Acosta | 1/1/2000 | FL | Southern District of Florida | No | City Of Pembroke Pines (FL4061083) | No | Ulcerative Colitis | 1-9 |
| 3 | Shirley Adams | 12/14/1961 | TX | Southern District of Texas | No | City of Baytown (TX1010003) | No | Kidney Cancer | 1-9 |
| 4 | Davon Aldridge | 10/19/1983 | AL | Middle District of Alabama | No | Montgomery Water Works (AL0001070) | No | Kidney Cancer | 1-9 |
| 5 | Charlie Alexander | 4/30/1987 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Testicular Cancer | 1-9 |
| 6 | Gavin Alley | 1/11/1998 | ND | District of North Dakota | No | City Of Fargo (ND0900336) | No | Testicular Cancer | 1-9 |
| 7 | Rodney Anderson | 5/21/1954 | PA | Middle District of Pennsylvania | No | Dover Township Water System (PA7670073) | No | Kidney Cancer | 1-9 |
| 8 | Victoria Ascher | 6/21/1963 | NY | Eastern District of New York | No | Liberty Utilities New York - Lynbrook (NY2902835) | No | Kidney Cancer | 1-9 |
| 9 | Dina Beck | 11/3/1976 | NJ | District of New Jersey | No | New Jersey American Water - Western (NJ0327001) | No | Ulcerative Colitis | 1-9 |
| 10 | Patrick Beckley | 2/5/1984 | AZ | District of Arizona | No | OCWA (NY3304336) | No | Kidney Cancer | 1-9 |
| 11 | Kolton Begley | 1/3/1995 | PA | Middle District of Pennsylvania | No | Aqua PA UWCHLAN (PA1150035) | No | Ulcerative Colitis | 1-9 |
| 12 | Louis Edward Benson | 2/3/1953 | FL | Middle District of Florida | No | Palm Bay, City Of (FL3050442) | No | Kidney Cancer | 1-9 |
| 13 | James Bird | 1/15/1959 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Testicular Cancer | 1-9 |
| 14 | Tyler Glenn Black | 9/27/1991 | KY | Eastern District of Kentucky | No | Cincinnati Public Water System (OH3102612) | No | Testicular Cancer | 1-9 |
| 15 | Brenda Blossom | 3/29/1952 | IA | Southern District of Iowa | No | Iowa-American Water Co-Davenport (IA8222001) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 16 | Walter Boswell | 9/23/1988 | TX | Southern District of Texas | No | City Of Arlington (TX2200001) | No | Testicular Cancer | 1-9 |
| 17 | Annette Bradley | 8/22/1947 | CT | District of Connecticut | No | Connecticut Water Company - Shoreline Region - Guilford System (CT0608011) | No | Kidney Cancer | 1-9 |
| 18 | Robert Bragg | 1/29/1961 | TX | Western District of Texas | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| 19 | Paul Branch | 11/8/1947 | CA | Eastern District of California | No | Sacramento County Water Authority - Laguna/Vineyard (CA3410029 | No | Kidney Cancer | 1-9 |
| 20 | Cynthia Burleson | 9/1/1960 | TX | Northern District of Texas | No | Santa Cruz Water Department (CA4410010) | No | Kidney Cancer | 1-9 |
| 21 | Debra Byars | 10/17/1958 | KY | Western District of Kentucky | No | Paducah Water Works (KY0730533) | No | Kidney Cancer | 1-9 |
| 22 | Patricia Cafaro | 3/14/1960 | RI | District of Rhode Island | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |
| 23 | Kevin Calcado | 2/6/1964 | NJ | District of New Jersey | No | Veolia Water New Jersey Hackensack (NJ0238001) | No | Kidney Cancer | 1-9 |
| 24 | Dwayne Callis | 3/18/1971 | AZ | District of Arizona | No | Inglewood City Water Department (CA1910051) | No | Testicular Cancer | 1-9 |
| 25 | Bart Camoin | 9/16/1957 | OH | Southern District of Ohio | No | City Of Westminster (MD0060015) | No | Kidney Cancer | 1-9 |
| 26 | Nicholas Carlino | 2/19/1998 | MA | District of Massachusetts | No | Falmouth Water Department (MA4096000) | No | Testicular Cancer | 1-9 |
| 27 | Keith Carroll | 6/4/1975 | CA | Eastern District of California | No | California Water Service - Bakersfield (CA1510003) | No | Ulcerative Colitis | 1-9 |
| 28 | Jimmy Childers | 8/2/1946 | TX | Northern District of Texas | No | City of Fort Worth (TX2200012) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 29 | Jeremy David Cosby | 10/6/1980 | MI | Western District of Michigan | No | City of Grand Rapids Water System (MI0002790) | No | Testicular Cancer | 1-9 |
| 30 | Charles Cramer | 8/15/1963 | MD | District of Maryland | No | City of Baltimore (MD0300002) | No | Kidney Cancer | 1-9 |
| 31 | Jared Creeach | 8/23/1986 | TX | Eastern District of Texas | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 32 | Winfred Dale III | 12/25/1980 | IL | Central District of Illinois | No | East Alton (IL1190200) | No | Kidney Cancer | 1-9 |
| 33 | Aaron B. Davis | 8/24/1979 | MO | Western District of Missouri | No | Springfield PWS (MO5010754) | No | Ulcerative Colitis | 1-9 |
| 34 | Jorge Deir | 4/5/1993 | FL | Northern District of Florida | No | Birmingham Water Works (AL0000738) | No | Ulcerative Colitis | 1-9 |
| 35 | Thomas Del Conte | 2/26/1996 | PA | Eastern District of Pennsylvania | No | Upper Southampton Municipal Authority (PA1090063) | No | Testicular Cancer | 1-9 |
| 36 | Joshua Diamant | 3/22/1987 | NY | Eastern District of New York | No | Veolia Water New York (NY4303673) | No | Ulcerative Colitis | 1-9 |
| 37 | Collin Dillard | 12/7/1995 | NY | Eastern District of New York | No | City Of Tallahassee (FL1370655) | No | Testicular Cancer | 1-9 |
| 38 | Owen Dolberg | 7/6/1984 | TX | Northern District of Texas | No | Truckee Meadows Water Authority (NV0000190) | No | Testicular Cancer | 1-9 |
| 39 | Hunter Downing | 11/8/1987 | AL | Northern District of Alabama | No | Louisville Water Company (KY0560258) | No | Ulcerative Colitis | 1-9 |
| 40 | Nicholas Edgett | 2/19/1991 | PA | Eastern District of Pennsylvania | No | North Penn Water Authority (PA1460034) | No | Testicular Cancer | 1-9 |
| 41 | William Einziger | 1/4/1954 | SC | District of South Carolina | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 42 | Jerry W. Faulkner | 9/13/1960 | NC | Western District of North Carolina | No | City of Goose Creek (SC0810004) | No | Liver Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 43 | Courtney Fulton | 9/1/1987 | SC | District of South Carolina | No | Eastern Municipal Water District (CA3310009) | No | Kidney Cancer | 1-9 |
| 44 | Sarah Fulton | 4/2/1990 | VA | Eastern District of Virginia | No | Washington Suburban Sanitary Commission (MD0150005) | No | Ulcerative Colitis | 1-9 |
| 45 | Tonya M Garcia | 8/29/1982 | PA | Eastern District of Pennsylvania | No | City Of Lancaster (PA7360058) | No | Kidney Cancer | 1-9 |
| 46 | Michael Garner | 11/22/1973 | LA | Eastern District of Louisiana | No | New Orleans Carrollton Water Works (LA1071009) | No | Kidney Cancer | 1-9 |
| 47 | Nicole Gomes | 12/27/1973 | CA | Eastern District of California | No | City of Fresno (CA1010007) | No | Ulcerative Colitis | 1-9 |
| 48 | Antonio Gray | 5/13/1992 | NC | Middle District of North Carolina | No | City of Greensboro (NC0241010) | No | Testicular Cancer | 1-9 |
| 49 | Mark Gundrum | 5/14/1987 | UT | District of Utah | No | Milwaukee Waterworks (WI2410100) | No | Testicular Cancer | 1-9 |
| 50 | Max Hales | 6/7/1960 | AL | Northern District of Alabama | No | Warrior River Water Authority (AL0000763) | No | Kidney Cancer | 1-9 |
| 51 | Terry Hanna | 12/15/1955 | MN | District of Minnesota | No | City of Oakdale (MN1820016) | No | Kidney Cancer | 1-9 |
| 52 | Francis Heck | 9/11/1989 | NC | Eastern District of North Carolina | No | City of Baltimore (MD0300002) | No | Testicular Cancer | 1-9 |
| 53 | Allen H Hill Jr | 8/14/1958 | SC | District of South Carolina | No | Grand Stand Water & Sewer Authority (SC2620004) | No | Kidney Cancer | 1-9 |
| 54 | Erica Hoffman | 6/27/1981 | NJ | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Ulcerative Colitis | 1-9 |
| 55 | Jeffrey Hollis | 9/16/1985 | NJ | District of New Jersey | No | New York City System (NY7003493) | No | Testicular Cancer | 1-9 |
| 56 | Steve Honeyman | 5/7/1993 | CT | District of Connecticut | No | Southington Water Department (CT1310011) | No | Testicular Cancer | 1-9 |
| 57 | Robert F. Hudak | 1/22/1961 | DE | District of Delaware | No | Wilmington Water Department (DE0000663) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 58 | Abby Huhn | 5/20/2002 | TX | Northern District of Texas | No | Broken Arrow Municipal Authority (OK1021508) | No | Ulcerative Colitis | 1-9 |
| 59 | Tamara Humienik | 7/29/1958 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Ulcerative Colitis | 1-9 |
| 60 | Timothy Hunt | 1/1/1963 | VA | Western District of Virginia | No | City of Winston-Salem (NC0234010) | No | Liver Cancer | 1-9 |
| 61 | Cory Johnson | 8/8/1994 | CA | Central District of California | No | Arroyo Grande Water Department (CA4010001) | No | Testicular Cancer | 1-9 |
| 62 | Paul Juvet | 5/8/1962 | CA | Eastern District of California | No | Fort Pierce Utilities Authority (FL4560490) | No | Kidney Cancer | 1-9 |
| 63 | Ruth King | 7/31/1960 | CA | Northern District of California | No | East Bay Municipal Utilities District (CA0110005) | No | Ulcerative Colitis | 1-9 |
| 64 | Kristen Kitchell | 11/8/1966 | NY | Southern District of New York | No | New York City System (NY7003493) | No | Ulcerative Colitis | 1-9 |
| 65 | Christopher Kline | 8/23/1974 | FL | Middle District of Florida | No | Hillsborough County Public Utility District/South-Central (FL6290787) | No | Kidney Cancer | 1-9 |
| 66 | Ilia Kotelnikov | 4/11/2005 | NJ | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Ulcerative Colitis | 1-9 |
| 67 | Edwin C Kraft | 3/19/1966 | MD | District of Maryland | No | Orange Water & Sewer Authority (NC0368010) | No | Testicular Cancer | 1-9 |
| 68 | Jeffrey Kuser | 5/19/1955 | PA | Eastern District of Pennsylvania | No | Pennsylvania American Water - Penn District (PA3060069) | No | Kidney Cancer | 1-9 |
| 69 | Mary Lee | 11/8/1951 | FL | Middle District of Florida | No | Dale City (VA6153625) | No | Kidney Cancer | 1-9 |
| 70 | Stacey Leeds | 12/13/1967 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 71 | Ashley Leveille | 5/25/1979 | TX | Western District of Texas | No | San Jose Water (CA4310011) | No | Ulcerative Colitis | 1-9 |
| 72 | Samantha Lieberman | 9/9/1991 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Ulcerative Colitis | 1-9 |
| 73 | Eric Lima | 12/2/1986 | RI | District of Rhode Island | No | Pawtucket Water Supply Board Veolia (RI1592021) | No | Ulcerative Colitis | 1-9 |
| 74 | Rudie Lindsay | 8/25/1956 | CT | District of Connecticut | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |
| 75 | Carlos Lopez | 7/31/1963 | WI | Eastern District of Wisconsin | No | Columbus Public Water System (OH2504412) | No | Kidney Cancer | 1-9 |
| 76 | Vardan Mamikonyan | 7/3/1961 | CA | Central District of California | No | San Jose Water (CA4310011) | No | Kidney Cancer | 1-9 |
| 77 | Detria Manuel | 2/1/1976 | FL | Middle District of Florida | No | City of Killeen (TX0140006) | No | Ulcerative Colitis | 1-9 |
| 78 | Dawn Marresse | 4/15/1972 | MA | District of Massachusetts | No | Haverhill Water Department (MA3128000) | No | Kidney Cancer | 1-9 |
| 79 | Kyle Martin | 8/25/1987 | OH | Northern District of Ohio | No | Fort Leonard Wood (MO3079500) | No | Testicular Cancer | 1-9 |
| 80 | Robert Martineau | 3/6/1988 | MA | District of Massachusetts | No | Westfield DPW Water Division (MA1329000) | No | Ulcerative Colitis | 1-9 |
| 81 | Dawson Matarese | 2/21/1999 | TX | Northern District of Texas | No | City of Fort Worth (TX2200012) | No | Testicular Cancer | 1-9 |
| 82 | Henry McClintock | 2/8/1956 | MA | District of Massachusetts | No | New Orleans Carrollton Water Works (LA1071009) | No | Kidney Cancer | 1-9 |
| 83 | John McGarry | 8/23/1958 | PA | Eastern District of Pennsylvania | No | PA American Water - Glen Alsace (PA3060088) | No | Liver Cancer | 1-9 |
| 84 | Sandra McVey | 3/25/1944 | TX | Northern District of Texas | No | City of Midland Water Purification Plant (TX1650001) | No | Kidney Cancer | 1-9 |
| 85 | Henry Mehlman | 8/3/1946 | FL | Southern District of Florida | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 86 | Raymond Miller | 11/29/1959 | MD | District of Maryland | No | Washington Suburban Sanitary Commission (MD0150005) | No | Kidney Cancer | 1-9 |
| 87 | Wendy Montebello | 3/17/1973 | CA | Central District of California | No | Yorba Linda Water Distict (CA3010037) | No | Kidney Cancer | 1-9 |
| 88 | Robbie Montgomery | 2/8/1973 | TX | Eastern District of Texas | No | City Of Farmers Branch (TX0570047) | No | Ulcerative Colitis | 1-9 |
| 89 | Jeffrey Moore | 1/3/1959 | OH | Southern District of Ohio | No | Columbus Public Water System (OH2504412) | No | Kidney Cancer | 1-9 |
| 90 | Deborah Mueller | 12/2/1953 | TN | Western District of Tennessee | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |
| 91 | Timothy Murphy | 3/9/1971 | TN | Western District of Tennessee | No | Camp Pendleton (South) (CA3710702) | No | Kidney Cancer | 1-9 |
| 92 | Ronald Nakawatase | 10/16/1947 | CA | Central District of California | No | Glendale-City, Water Dept. (CA1910043) | No | Ulcerative Colitis | 1-9 |
| 93 | Landa Naya | 2/6/1976 | FL | Middle District of Florida | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 94 | Christopher Norris | 12/2/1960 | FL | Middle District of Florida | No | Charlotte County Utilities (FL5084100) | No | Kidney Cancer | 1-9 |
| 95 | Daniel Oleszek | 3/14/1966 | PA | Middle District of Pennsylvania | No | Middlesex Water Company (NJ1225001) | No | Kidney Cancer | 1-9 |
| 96 | Kenneth Otero | 10/9/1985 | NJ | District of New Jersey | No | New York City System (NY7003493) | No | Testicular Cancer | 1-9 |
| 97 | Dodie Portier | 8/20/1977 | LA | Eastern District of Louisiana | No | Delray Beach Public Water System (FL4500351) | No | Ulcerative Colitis | 1-9 |
| 98 | Cierra Poteat | 5/11/1987 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Ulcerative Colitis | 1-9 |
| 99 | Deborah Powell | 11/19/1966 | TX | Eastern District of Texas | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| 100 | James Powell | 4/12/1968 | AZ | District of Arizona | No | Centerville Osterville Marstons Mills WD (MA4020002) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 101 | Lindsey Prince | 10/22/1990 | PA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Ulcerative Colitis | 1-9 |
| 102 | Candace Quattrocchi | 1/2/1972 | CT | District of Connecticut | No | Aquarion Water Company of CT (CT0150011) | No | Kidney Cancer | 1-9 |
| 103 | William Reynold | 12/19/1965 | MA | District of Massachusetts | No | Wakefield Water Department (MA3305000) | No | Kidney Cancer | 1-9 |
| 104 | Edmund Riccio | 10/21/1979 | PA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 105 | Melinda Ann Richardson | 10/21/1969 | CA | Eastern District of California | No | East Bay Municipal Utilities District (CA0110005) | No | Ulcerative Colitis | 1-9 |
| 106 | Francisco Rivera | 6/24/1988 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Testicular Cancer | 1-9 |
| 107 | Tynisha Roches | 7/17/1985 | NJ | District of New Jersey | No | Hoboken Water Utility (NJ0905001) | No | Kidney Cancer | 1-9 |
| 108 | Jose A. Segarra | 2/18/1985 | FL | Middle District of Florida | No | Deltona Water (FL3640287) | No | Kidney Cancer | 1-9 |
| 109 | Katina Simmers | 5/9/1978 | KS | District of Kansas | No | New York City System (NY7003493) | No | Ulcerative Colitis | 1-9 |
| 110 | Wanda Simmons | 12/16/1959 | MD | District of Maryland | No | Washington Suburban Sanitary Commission (MD0150005) | No | Ulcerative Colitis | 1-9 |
| 111 | Barbara Smith | 6/24/1967 | NM | District of New Mexico | No | City of Baytown (TX1010003) | No | Kidney Cancer | 1-9 |
| 112 | Daniel Smith | 3/24/1975 | MN | District of Minnesota | No | Hecla Water Association (OH4401612) | No | Ulcerative Colitis | 1-9 |
| 113 | Jason Spence | 7/6/1977 | OK | Northern District of Oklahoma | No | Honolulu-Windward-Pearl Harbor Water Company (HI0000331) | No | Ulcerative Colitis | 1-9 |
| 114 | Robert Spinello | 9/1/1959 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 115 | Lori Stambaugh | 10/2/1962 | PA | Middle District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 116 | Sean Staranka | 5/12/1988 | NY | Eastern District of New York | No | New York City System (NY7003493) | No | Ulcerative Colitis | 1-9 |
| 117 | James Stineman | 2/17/1957 | HI | District of Hawaii | No | Honolulu-Windward-Pearl Harbor Water Company (HI0000331) | No | Testicular Cancer | 1-9 |
| 118 | Joyce Sykes | 10/18/1942 | VA | Eastern District of Virginia | No | Burlington, City Of (NC0201010) | No | Kidney Cancer | 1-9 |
| 119 | Matthew Taylor | 12/10/1984 | WA | Western District of Washington | No | City Of San Diego (CA3710020) | No | Ulcerative Colitis | 1-9 |
| 120 | Roger Terlaga | 7/4/1968 | NY | Eastern District of New York | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 121 | Corey Thomas | 7/13/1989 | CA | Central District of California | No | Compton City Water Department (CA1910026) | No | Liver Cancer | 1-9 |
| 122 | Michael Thorry | 11/4/1956 | NJ | District of New Jersey | No | Veolia Water New Jersey Hackensack (NJ0238001) | No | Kidney Cancer | 1-9 |
| 123 | Kha Kevin Truong | 6/18/1992 | CA | Central District of California | No | City of Anaheim (CA3010001) | No | Testicular Cancer | 1-9 |
| 124 | Jeff Turvin | 1/3/1964 | AL | Middle District of Alabama | No | Dothan Utilities (City Of) (AL0000681) | No | Testicular Cancer | 1-9 |
| 125 | Veronica Vasquez | 3/7/1980 | TX | Southern District of Texas | No | Birmingham Water Works (AL0000738) | No | Kidney Cancer | 1-9 |
| 126 | David Vice | 8/16/1961 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Ulcerative Colitis | 1-9 |
| 127 | Timicka Washington | 10/13/1978 | SC | District of South Carolina | No | City of Goose Creek (SC0810004) | No | Kidney Cancer | 1-9 |
| 128 | Jeremy Webb | 10/10/1977 | IA | Southern District of Iowa | No | Des Moines Water Works (IA7727031) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 129 | Arthur Weston | 10/18/1983 | CO | District of Colorado | No | Hillsborough County Public Utility District/South-Central (FL6290787) | No | Testicular Cancer | 1-9 |
| 130 | Kimberley Williams | 11/17/1967 | AL | Northern District of Alabama | No | Huntsville Utilities (AL0000882) | No | Ulcerative Colitis | 1-9 |
| 131 | Ryan Wisniewski | 9/19/1989 | RI | District of Rhode Island | No | Worcester DPWP (MA2348000) | No | Ulcerative Colitis | 1-9 |
| 132 | Edward Woltin | 5/31/1987 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 133 | Mary Worthington | 11/23/1963 | TX | Northern District of Texas | No | City of Stuart (FL4430259) | No | Kidney Cancer | 1-9 |
| 134 | Woodrow Wright Jr. | 9/1/1945 | CO | District of Colorado | No | OCWA (NY3304336) | No | Kidney Cancer | 1-9 |
| 135 | Kevin Yates | 6/28/1975 | FL | Southern District of Florida | No | Delray Beach Public Water System (FL4500351) | No | Kidney Cancer | 1-9 |
| 136 | Yuchen Ye | 6/12/2000 | NJ | District of New Jersey | No | Suez Water New Jersey Rahway (NJ2013001) | No | Testicular Cancer | 1-9 |
| 137 | John Patrick Zierden | 7/24/1973 | MN | District of Minnesota | No | East Bay Municipal Utilities District (CA0110005) | No | Testicular Cancer | 1-9 |
| 138 | Veronica Zittnan | 9/2/1984 | AK | District of Alaska | No | Honolulu-Windward-Pearl Harbor Water Company (HI0000331) | No | Kidney Cancer | 1-9 |
| 139 | Marquita Zolicoffer | 6/6/1984 | MI | Western District of Michigan | No | City of Grand Rapids Water System (MI0002790) | No | Ulcerative Colitis | 1-9 |